UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARIA E. BROOKS,<br>                            Plaintiff,<br>    v.<br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br>                            Defendants. | Case No. 2:17-cv-01526-APG-PAL<br><br>**ORDER**<br><br>(Notc. Settlement – ECF No. 9) |

This matter is before the court on Plaintiff Maria E. Brooks' Notice of Settlement (ECF No. 18) between Plaintiff and Defendant Equifax Information Services, LLC, filed June 22, 2017. The parties advise that a settlement has been reached and that a stipulation to dismiss should be filed within 60 days.

Accordingly,

**IT IS ORDERED:** The parties shall have until **August 22, 2017**, to file a stipulation for dismissal or a joint status report indicating when the stipulation will be filed.

Dated this 26th day of June, 2017.

                                                                               _____
                                                                               PEGGY A. LEEN
                                                                               UNITED STATES MAGISTRATE JUDGE