# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA E. BROOKS,<br><br>Plaintiff,<br><br>vs.<br><br>LITTON MORTGAGE SERVICE CENTER; OCWEN LOAN SERVICING, LLC; WELLS FARGO CARD SERVICES; EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No. 2:17-v-01526-APG-PAL<br><br>**ORDER EXTENDING TIME FOR DEFENDANTS LITTON MORTGAGE SERVICE CENTER AND OCWEN LOAN SERVICING, LLC TO RESPOND TO COMPLAINT** |

Pursuant to Defendants Litton Mortgage Service Center and Ocwen Loan Servicing, LLC's motion and good cause appearing;

IT IS HEREBY ORDERED that Defendants Litton Mortgage Service Center and Ocwen Loan Servicing, LLC's Motion to Extend Time (ECF No. 11) is GRANTED. Defendants will have until July 18, 2017, to respond to Plaintiff's Complaint.

Dated: July 7, 2017

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

816088/0559376