David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
MARIA E. BROOKS

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA E. BROOKS,<br><br>             Plaintiff,<br><br>    vs.<br><br>LITTON MORTGAGE SERVICE CENTER; OCWEN LOAN SERVICING, LLC; WELLS FARGO CARD SERVICES; EQUIFAX INFORMATION SERVICES, LLC,<br><br>        Defendant(s). | Case No.: **2:17-cv-01526-APG-PAL**<br><br>**NOTICE OF SETTLEMENT BETWEEN MARIA E. BROOKS AND <u>LITTON MORTGAGE SERVICE CENTER</u>** |

    **NOTICE IS HERBY GIVEN** that the dispute between MARIA E. BROOKS ("Plaintiff") and Defendant LITTON MORTGAGE SERVICE CENTER ("LITTON") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against LITTON, with Prejudice, within 60 days. Plaintiff

requests that all pending dates and filing requirements as to LITTON be vacated and that the Court set a deadline sixty (60) from present for filing a Dismissal as to LITTON.

Dated: November 7, 2017

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
*MARIA E. BROOKS*

**IT IS ORDERED** that the settling parties shall have until **January 8, 2018**, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: November 14, 2017

Peggy A. Leen
United States Magistrate Judge