David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
MARIA E. BROOKS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARIA E. BROOKS,<br><br>Plaintiff,<br><br>vs.<br><br>LITTON MORTGAGE SERVICE CENTER; OCWEN LOAN SERVICING, LLC; WELLS FARGO CARD SERVICES; EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant(s). | Case No.: **2:17-cv-01526-APG-PAL**<br><br>**NOTICE OF SETTLEMENT BETWEEN MARIA E. BROOKS AND <u>OCWEN LOAN SERVICING, LLC</u>** |

**NOTICE IS HERBY GIVEN** that the dispute between MARIA E. BROOKS ("Plaintiff") and Defendant OCWEN LOAN SERVICING, LLC ("OCWEN") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against OCWEN, with Prejudice, within 60 days. Plaintiff requests that all pending dates

Page **1** of **2**

and filing requirements as to OCWEN be vacated and that the Court set a deadline sixty (60) from present for filing a Dismissal as to OCWEN.

Dated: November 7, 2017

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
*MARIA E. BROOKS*

**IT IS ORDERED** that the settling parties shall have until **January 8, 2018**, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation will be filed.

Dated: November 14, 2017

Peggy A. Leen
United States Magistrate Judge