David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorney for Plaintiff,*
*MARIA E. BROOKS*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARIA E. BROOKS,<br><br>Plaintiff,<br><br>v.<br><br>LITTON MORTGAGE SERVICE CENTER; OCWEN LOAN SERVICING, LLC; WELLS FARGO CARD SERVICES; EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No. 2:17-cv-01526-APG-PAL<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO LITTON MORTGAGE SERVICE CENTER AND OCWEN LOAN SERVICING, LLC ONLY** |

Plaintiff MARIA E. BROOKS and Defendant OCWEN LOAN SERVICING, LLC and LITTON MORTGAGE SERVICE CENTER hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice

…

…

in accordance with Fed. R. Civ. P. 41 (a)(2) as to **ONLY OCWEN LOAN SERVICING, LLC AND LITTON MORTGAGE SERVICE CENTER**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: March 7, 2018

By:

*/s/David H. Krieger, Esq.*
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123

*Attorney for Plaintiff,*
MARIA E. BROOKS

By:

*/s/ Sean K. McElenney, Esq.*
Sean K. McElenney, Esq.
Bryan Cave LLP
Two N. Central Avenue
Suite 2100
Phoenix, AZ 85004
Dan.crane@bryancave.com

*Attorney for Defendants,*
LITTON MORTGAGE SERVICE CENTER AND OCWEN LOAN SERVICING, LLC

## ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

Dated: March 7, 2018.